AB:GP

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - X

| | |
|---|---|
| UNITED STATES OF AMERICA | **C O M P L A I N T** |
| - against - | (21 U.S.C. §§ 952(a) and 960) |
| ANNAKAY HENRY, | 22-MJ-1195 |
| Defendant. | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

EASTERN DISTRICT OF NEW YORK, SS:

      DAVID CLARK, being duly sworn, deposes and states that he is a Special Agent with the United States Department of Homeland Security, Homeland Security Investigations, duly appointed according to law and acting as such.

      On or about November 3, 2022, within the Eastern District of New York and elsewhere, the defendant ANNAKAY HENRY did knowingly and intentionally import one or more controlled substances into the United States from a place outside thereof, which offense involved a substance containing cocaine, a Schedule II controlled substance.

      (Title 21, United States Code, Sections 952(a) and 960)

      The source of your deponent's information and the grounds for his belief are as follows:[1]

      1.    I am a Special Agent with the United States Department of Homeland Security, Homeland Security Investigations ("HSI") and have been involved in the investigation

---

[1] Because the purpose of this Complaint is to set forth only those facts necessary to establish probable cause to arrest, I have not described all the relevant facts and circumstances of which I am aware.

2

of numerous cases involving drug trafficking, including cocaine investigations and drug trafficking through airports. I am familiar with the facts and circumstances set forth below from my participation in the investigation; my review of the investigative file; and from reports of other law enforcement officers involved in the investigation.

2. On or about November 3, 2022 at approximately 1:46 PM, the defendant arrived at Terminal 5 in John F. Kennedy International Airport ("JFK") in Queens, New York aboard JetBlue Flight B1060 from Kingston, Jamaica.

3. During the screening process as part the defendant's entry into the United States, officers with the United States Customs and Border Protection ("CBP") escorted the defendant to a private screening area, and CBP officers conducted a pat down of the defendant's person pursuant to CBP inspection authority. During the pat down, one of the CBP officers felt anomalies in the defendant's breast and groin areas. The CBP officer asked the defendant if she had anything on her person. The defendant responded, in sum and substance, that she had drugs on her.

4. The CBP officer then conducted a partial body search of the defendant, which resulted in recovering the following: two plastic wrapped packages inside the defendant's bra, one plastic wrapped package inside the defendant's underwear and one plastic wrapped package inside what appeared to a condom inserted in the defendant's vagina.

5. All four packages contained white powdery substance, and the substance found inside all four packages field-tested positive for cocaine. The total weight of the plastic wrapped substance was approximately 1.13 kilograms. A photograph of the plastic wrapped packages found on the defendant is shown below:



6. The defendant was placed under arrest and HSI agents responded. Subsequently, HSI agents advised the defendant of her <u>Miranda</u> rights. The defendant knowingly and voluntarily waived her rights and agreed to speak to law enforcement. The defendant stated in sum and substance and in part that she knew she was transporting drugs in and on her person.

WHEREFORE, your deponent respectfully requests that the defendant ANNAKAY HENRY be dealt with according to law.

_____
DAVID CLARK
Special Agent
United States Department of Homeland Security,
Homeland Security Investigations

Sworn to before me
on November 4, 2022

_____
THE HONORABLE JAMES R. CHO
UNITED STATES MAGISTRATE JUDGE
EASTERN DISTRICT OF NEW YORK